UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 2:99-cr-29-FtM-29DNF

ANTONIO BERNARD PAYNE
_____

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On October 25, 1999, Antonio Bernard Payne appeared before the Court for the charge of Possession with the Intent to Distribute a Cocaine Base and received a sentence imposing 65 Months' incarceration and a period of supervised release of Four Years.

On August 2, 2006, the defendant, Antonio Bernard Payne, appeared before the Court with counsel Maury Halperin and counsel for the government, Jesus Casas. After being advised of his rights, the defendant admitted the violations alleged in the Petition (Doc. #32) filed by Probation on April 18, 2006.

The Court finds, after hearing from counsel and the defendant, that the defendant has violated the terms of the Supervised Release for the reasons stated in the Petition.

It is, therefore, **ORDERED AND ADJUDGED:**

**The Petition (Doc. # 32) is GRANTED.**

1. Supervised Release is **REVOKED** and the defendant **ANTONIO BERNARD PAYNE** is hereby committed to the custody of the Bureau of Prisons for **IMPRISONMENT** for a period of **ONE YEAR AND ONE DAY** *to be served consecutive to the sentence imposed in Case*

*Number 2:05-cr-71-FtM-33DNF.*

2. **Supervised Release** is not reimposed.

3. The defendant is hereby **REMANDED** to the custody of the United States Marshal Service to await designation of the facility.

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this 3rd day of August, 2006.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record